# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **UNDER SEAL** |
| v. | |
| ALEXIA GAH GI GAY MARY CUTBANK, | Criminal No. 21-268(2)(SRN/LIB) |
| Defendant, | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
(X) Ad Prosequendum    ( ) Ad Testificandum

Name of Detainee: ALEXIA GAH GI GAY MARY CUTBANK
Detained at (custodian): ST. LOUIS COUNTY JAIL, DULUTH, MINNESOTA

The government is requesting the **U.S. Marshals** to transport detainee.

Detainee is:   a.)   (X) charged in this district by: Indictment
Charging Detainee With: Murder in the Second Degree, Assault with a Dangerous Weapon, and Assault Resulting in Serious Bodily Injury
or   b.)   ( ) a witness not otherwise available by ordinary process of the Court

Detainee will: a.)   ( ) return to the custody of detaining facility upon termination of this proceeding
or   b.)   (X) be retained in federal custody until final disposition of federal charges.

Appearance is necessary on December 10, 2021, via video conference and at a time to be determined, before the Honorable Katherine M. Menendez, United States Magistrate Judge.

Dated: December 9, 2021

*s/Deidre Y. Aanstad*
DEIDRE Y. AANSTAD, AUSA

## WRIT OF HABEAS CORPUS

(X) Ad Prosequendum    ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this case, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

| | |
|---|---|
| December 9, 2021 | *s/ Katherine M. Menendez* |
| Date | UNITED STATES MAGISTRATE JUDGE |

Please provide the following, if known:

| | | | |
|---|---|---|---|
| A.K.A.(s) (if applicable): | | Gender: | Female |
| Booking or Fed. Reg.#: | | DOB: | xx/xx/2001 |
| Facility Address: | 4334 Haines Road | Race: | Native American |
| | Duluth, Minnesota 55811 | FBI #: | |
| Facility Phone: | (218) 726-2345 | | |
| Currently Incarcerated For: | DOC Hold, Weapons Offense, DWI, Obstructio | | |

### RETURN OF SERVICE

Executed on _____ by _____  _____
(Signature)

Writ issued 12/10/2021