UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

      Plaintiff,

v.                                                                              Criminal No. 21-268 (SRN/LIB)

Alexia Gah Gi Gay Mary Cutbank et al.,

      Defendants.

_____

United States of America,

      Plaintiff,

v.                                                                              Criminal No. 22-220 (ECT)

Rose Celeste Siewert,

      Defendant.

---

**ORDER OF DIRECTION TO THE CLERK OF COURT
FOR REASSIGNMENT OF RELATED CASE**

Case No. 21-cr-0268 (SRN/LIB) having been assigned to Judge Susan Richard Nelson and Magistrate Judge Leo I. Brisbois and Case No. 22-cr-0220 (ECT) having later been assigned to Judge Eric C. Tostrud, and said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 22-cr-0220 (ECT) be assigned to Judge Susan Richard Nelson, nunc pro tunc, by use of a card from the appropriate deck in the automated case assignment system. The Clerk of Court is directed to reuse a card from the same deck from which the original assignment was made pursuant to the Court's Assignment of Cases order filed January 10, 2020.

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

Dated:  September 12, 2022             s/ Susan Richard Nelson
                                       SUSAN RICHARD NELSON
                                       United States District Judge


Dated:  September 12, 2022             s/ Eric C. Tostrud
                                       ERIC C. TOSTRUD
                                       United States District Judge